| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>HULL, FRANK M. | 2. Court or Organization<br><br>U.S.CT OF APPEALS-11TH CIRCUIT | 3. Date of Report<br><br>05/05/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S.CT OF APPEALS JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>56 Forsyth Street, NW<br>Atlanta, GA 30303 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 |         salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Undev. Real Estate: Henry Cty, GA | | None | M | W | | | | | |
| 2. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | M | W | | | | | |
| 3. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | M | W | | | | | |
| 4. Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5. MERRILL LYNCH-IRA ACCT (with following) (H): | | | | | | | | | |
| 6. -FIA Card Services (Money Account) | A | Int./Div. | L | T | | | | | |
| 7. -Altegris Managed Futures (MFTIX) | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 8. -AQR Diversified (ADAIX) | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 9. -Arbitrage Funds (ARBNX) | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 10. -Blackrock Global (BGCIX) | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 11. -Driehaus Emerging Mkts (DRESX) | | None | J | T | Buy | 05/30/14 | J | | |
| 12. -Driehaus Active Income Fund (LCMAX) | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 13. -First Eagle Gold Mutual Fund | | None | K | T | | | | | |
| 14. -Gotham Absolute Return (GARIX) | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 15. -JP Morgan Strategic (JSOSX) | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 16. -Mainstay Marketfield (MFLDX) | | None | J | T | Buy | 05/30/14 | J | | |
| 17. -Neuberger Berman Long (NLSIX) | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HULL, FRANK M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pimco All Asset (PAUPX) | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 19. -VanGuard Intermediate Term Bond | A | Int./Div. | K | T | | | | | |
| 20. -VanGuard Short Term Bond | A | Int./Div. | K | T | | | | | |
| 21. -Wells Fargo Absolute Return (WARDX) | | | | | Buy | 05/30/14 | J | | |
| 22. | | None | | | Merged (with line 23) | 11/14/14 | J | | exchg'd for WABIX (line 23 |
| 23. -Wells Fargo Adv Absolute (WABIX) | A | Int./Div. | J | T | | | | | |
| 24. -STOCKS (H): | | | | | | | | | |
| 25. -Actavis Plc (ACT) | | None | J | T | Buy | 09/30/14 | J | | |
| 26. -Adobe (ADBE) | | None | J | T | Buy | 02/25/14 | J | | |
| 27. -Affiliated Managers Grp (AMG) | | None | J | T | | | | | |
| 28. -Amazon.com (AMZN) | | None | J | T | | | | | |
| 29. -Anadarko Pete Corp (APC) | A | Int./Div. | J | T | | | | | |
| 30. -Apple Inc (AAPL) | A | Int./Div. | J | T | | | | | |
| 31. -Avago Technologies Ltd (AVGO) | A | Int./Div. | J | T | | | | | |
| 32. -Boeing Co (BA) | A | Int./Div. | J | T | | | | | |
| 33. -Borg Warner Inc (BWA) | A | Int./Div. | J | T | | | | | |
| 34. -Cameron Intl Corp (CAM) | | None | | | Sold | 02/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Caterpillar Inc (CAT) | A | Int./Div. | J | T | | | | | |
| 36. -Citrix Systems Inc (CTXS) | A | Int./Div. | | | Sold | 02/25/14 | J | A | |
| 37. -Cognizant Tech (CTSH) | | None | | | Sold | 09/25/14 | J | A | |
| 38. -Costco Wholesale (COST) | A | Int./Div. | J | T | | | | | |
| 39. -Covidien (COV) | | None | | | Sold | 09/25/14 | J | B | |
| 40. -Dicks Sporting Goods (DKS) | A | Int./Div. | J | T | | | | | |
| 41. -Discovery Communication (DISCA) | | None | J | T | | | | | |
| 42. -EBay Inc (EBAY) | A | Int./Div. | | | Sold | 02/25/14 | J | A | |
| 43. -Express Scripts (ESRX) | | None | J | T | | | | | |
| 44. -FedEx Corp (FDX) | A | Int./Div. | J | T | | | | | |
| 45. -Gilead Sciences Inc (GILD) | | None | J | T | | | | | |
| 46. -Google Inc (GOOG) | | None | J | T | | | | | |
| 47. -Honeywell Intl Inc (HON) | A | Int./Div. | J | T | | | | | |
| 48. -Montsanto Co (MON) | A | Int./Div. | J | T | | | | | |
| 49. -Noble Energy (NBL) | A | Int./Div. | J | T | Buy (add'l) | 02/25/14 | J | | |
| 50. -Pioneer Natural Res (PXD) | A | Int./Div. | J | T | | | | | |
| 51. -Precision Castparts (PCP) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Salesforce.com (CRM) | | None | J | T | | | | | |
| 53. -Thermo Fisher Scientific (TMO) | A | Int./Div. | J | T | | | | | |
| 54. -Twitter (TWTR) | | None | J | T | Buy | 09/30/14 | J | | |
| 55. -VMWare (VMW) | | None | J | T | Buy | 02/25/14 | J | | |
| 56. -Whole Foods Mkt Inc (WFM) | A | Int./Div. | J | T | | | | | |
| 57. -Zoetis Inc (ZTS) | A | Int./Div. | J | T | | | | | |
| 58. MERRILL LYNCH-ACCT #2 (with following) (H): | | | | | | | | | |
| 59. -American Express (CD) | C | Int./Div. | M | T | Buy | 09/30/14 | M | | |
| 60. -Discover Bank (CD) | B | Int./Div. | L | T | | | | | |
| 61. -GE Capital Bank (CD) | A | Int./Div. | L | T | | | | | |
| 62. -Sallie Mae Bank (CD) | B | Int./Div. | L | T | | | | | |
| 63. -US Trsy Inflation Nte | B | Int./Div. | M | T | | | | | |
| 64. -STOCKS (H): | | | | | | | | | |
| 65. -ABBVIE Inc (ABBV) | A | Int./Div. | J | T | | | | | |
| 66. -Anheuser-Busch (BUD) | A | Int./Div. | J | T | Buy | 09/30/14 | J | | |
| 67. -Automatic Data Proc (ADP) | A | Int./Div. | J | T | Buy | 02/25/14 | J | | |
| 68. -AMN Elec Power Co (AEP) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Anadarko Pete Corp (APC) | A | Int./Div. | J | T | | | | | |
| 70. -AT&T Inc (T) | A | Int./Div. | J | T | | | | | |
| 71. -BCE Inc (BCE) | A | Int./Div. | J | T | | | | | |
| 72. -Biogen (BIIB) | | None | L | T | | | | | |
| 73. -Bristol-Myers Squibb Co (BMY) | A | Int./Div. | J | T | | | | | |
| 74. -California Resources (CRC) | | None | J | T | Spinoff (from line 97) | 12/04/14 | J | | cash in lieu by OXY |
| 75. -Caterpillar (CAT) | A | Int./Div. | K | T | | | | | |
| 76. -CDK Global (CDK) | A | Int./Div. | J | T | Spinoff (from line 67) | 10/10/14 | J | | cash in lieu by ADP |
| 77. -Coca-Cola Co (KO) | A | Int./Div. | J | T | | | | | |
| 78. -Conagra Foods Inc (CAG) | A | Int./Div. | | | Sold | 09/30/14 | J | | |
| 79. -Digital Realty (DLR) | A | Int./Div. | J | T | | | | | |
| 80. -Du Pont E I De Nemours (DD) | A | Int./Div. | J | T | | | | | |
| 81. -Eaton Corp (ETN) | A | Int./Div. | | | Sold | 02/25/14 | J | A | |
| 82. -General Electric (GE) | A | Int./Div. | J | T | | | | | |
| 83. -Halyard Health (HYH) | | None | J | T | Spinoff (from line 87) | 11/12/14 | J | | cash in lieu by KMB |
| 84. -Hess Corp (HES) | A | Int./Div. | K | T | | | | | |
| 85. -Intel Corp (INTC) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -JP Morgan Chase (JPM) | A | Int./Div. | J | T | | | | | |
| 87.  -Kimberly Clark (KMB) | A | Int./Div. | J | T | | | | | |
| 88.  -Kraft Foods Group (KRFT) | A | Int./Div. | J | T | | | | | |
| 89.  -Lockheed Martin Corp (LMT) | A | Int./Div. | J | T | Buy | 03/25/14 | J | | |
| 90.  -McDonalds Corp (MCD) | A | Int./Div. | J | T | | | | | |
| 91.  -Merck and Co (MRK) | A | Int./Div. | J | T | | | | | |
| 92.  -Microsoft Corp (MSFT) | A | Int./Div. | | | Sold | 02/25/14 | J | B | |
| 93.  -National Oilwell Varco (NOV) | A | Int./Div. | J | T | | | | | |
| 94.  -NOW Inc (NOW) | | | | | Spinoff (from line 93) | 06/05/14 | J | | cash in lieu by NOV |
| 95. | | None | | | Sold | 09/30/14 | J | A | |
| 96.  -Nextera Energy (NEE) | A | Int./Div. | J | T | | | | | |
| 97.  -Occidental Pete Corp (OXY) | A | Int./Div. | J | T | | | | | |
| 98.  -Paccar Inc (PCAR) | A | Int./Div. | J | T | | | | | |
| 99.  -PPL Corp (PPL) | A | Int./Div. | J | T | | | | | |
| 100.  -Procter & Gamble Co (PG) | A | Int./Div. | J | T | | | | | |
| 101.  -Schlumberger Ltd (SLB) | A | Int./Div. | K | T | | | | | |
| 102.  -Spectra Energy Corp (SE) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Thomson Reuters Corp (TRI) | A | Int./Div. | J | T | | | | | |
| 104. -Toronto Dominion Bank (TD) | A | Int./Div. | J | T | | | | | |
| 105. -Ventas Inc (VTR) | A | Int./Div. | J | T | | | | | |
| 106. -Verizon Communications (VZ) | A | Int./Div. | J | T | | | | | |
| 107. % Stock Owner: ▒▒▒▒ | | None | K | T | | | | | |
| 108. Note from ▒▒▒▒ | B | Int./Div. | | | Matured | 12/17/14 | L | | |
| 109. MERRILL LYNCH-IRA ACCT (with following holdings) (H): | | | | | | | | | |
| 110. -CDs/EQUIVALENTS (H): | | | | | | | | | |
| 111. -Ally Bank | B | Int./Div. | M | T | | | | | |
| 112. -CD Discover Bank | A | Int./Div. | K | T | | | | | |
| 113. -CORP BONDS (H): | | | | | | | | | |
| 114. -Amgen | A | Int./Div. | J | T | | | | | |
| 115. -Astrazeneca | B | Int./Div. | K | T | | | | | |
| 116. -Bank of New York Co | B | Int./Div. | K | T | | | | | |
| 117. -Berkshire Hathaway Fin | B | Int./Div. | K | T | | | | | |
| 118. -Gen Elec Cap Crp | B | Int./Div. | K | T | | | | | |
| 119. -General Electric Co | B | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Oracle Corp | B | Int./Div. | K | T | | | | | |
| 121. -Pioneer Natural Resource | B | Int./Div. | K | T | | | | | |
| 122. -USD Toronto Dom Bank | A | Int./Div. | K | T | | | | | |
| 123. -MUTUAL/INDEX FUNDS (H): | | | | | | | | | |
| 124. -Calamos Market Neutral Fund (CMNIX) | B | Int./Div. | M | T | Buy | 02/18/14 | L | | |
| 125. -iShares MSCI CDA Index Fund (EWC) | A | Int./Div. | K | T | | | | | |
| 126. -iShares MSCI Germany Index Fund (EWG) | A | Int./Div. | K | T | | | | | |
| 127. -iShares Trust S&P Midcap 400 Index Fund (IJH) | B | Int./Div. | M | T | | | | | |
| 128. -iShares S&P SmallCap 600 Index Fund (IJR) | B | Int./Div. | L | T | | | | | |
| 129. -iShares NASDAQ BioTech Index Fund (IBB) | A | Int./Div. | L | T | | | | | |
| 130. -iShares MSCI EAFE Index Fund (EFA) | C | Int./Div. | L | T | | | | | |
| 131. -iShares S&P Global Infrastr (IGF) | B | Int./Div. | K | T | | | | | |
| 132. -SPDR DJ Global Titans (DGT) | A | Int./Div. | K | T | Buy (add'l) | 09/30/14 | J | | |
| 133. -VanGuard Information Tech ETF (VGT) | A | Int./Div. | K | T | | | | | |
| 134. -VanGuard MSCI Emerging Mrkts ETF (VWO) | B | Int./Div. | K | T | | | | | |
| 135. -STOCKS (H): | | | | | | | | | |
| 136. -Accenture (ACN) | A | Int./Div. | | | Sold | 02/20/14 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Ace Limited (ACE) | A | Int./Div. | K | T | | | | | |
| 138.  -Amer Express Co (AXP) | A | Int./Div. | K | T | | | | | |
| 139.  -America Movil SAB (AMX) | A | Int./Div. | | | Sold | 09/30/14 | L | | |
| 140.  -American Wtr Wks Co (AWK) | B | Int./Div. | L | T | | | | | |
| 141.  -Automatic Data Proc (ADP) | B | Int./Div. | L | T | Buy (add'l) | 02/20/14 | K | | |
| 142.  -Baker Hughes (BHI) | A | Int./Div. | K | T | | | | | |
| 143.  -BP (BP) | A | Int./Div. | J | T | | | | | |
| 144.  -Cardinal Health Inc (CAH) | A | Int./Div. | K | T | | | | | |
| 145.  -Caterpillar Inc (CAT) | A | Int./Div. | K | T | | | | | |
| 146.  -CDK Global (CDK) | A | Int./Div. | J | T | Spinoff (from line 141) | 10/10/14 | J | | Cash in lieu by ADP |
| 147.  -CitiGroup Inc (C) | A | Int./Div. | K | T | | | | | |
| 148.  -Comcast Corp (CMCSA) | A | Int./Div. | K | T | | | | | |
| 149.  -Costco Wholesale (COST) | A | Int./Div. | K | T | | | | | |
| 150.  -Covidien Plc (COV) | B | Int./Div. | | | Sold | 09/30/14 | L | | |
| 151.  -CVS Caremark Corp (CVS) | A | Int./Div. | L | T | Buy (add'l) | 09/30/14 | J | | |
| 152.  -Diageo Plc Spsd (DEO) | B | Int./Div. | K | T | | | | | |
| 153.  -Dominion Res Inc (D) | B | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Emerson Elec (EMR) | A | Int./Div. | K | T | | | | | |
| 155. -Enbridge Inc (ENB) | B | Int./Div. | L | T | | | | | |
| 156. -FedEx Corp Delaware (FDX) | A | Int./Div. | K | T | | | | | |
| 157. -Hess Corp (HES) | A | Int./Div. | K | T | | | | | |
| 158. -Hewlett Packard Co (HPQ) | A | Int./Div. | K | T | Buy | 02/20/14 | K | | |
| 159. -Honeywell Intl (HON) | B | Int./Div. | L | T | | | | | |
| 160. -International Business Machines (IBM) | A | Int./Div. | | | Sold | 02/20/14 | K | | |
| 161. -Johnson and Johnson (JNJ) | B | Int./Div. | K | T | | | | | |
| 162. -McDonalds Corp (MCD) | B | Int./Div. | K | T | | | | | |
| 163. -Nike Inc (NKE) | A | Int./Div. | L | T | | | | | |
| 164. -Oracle Corp (ORCL) | A | Int./Div. | L | T | | | | | |
| 165. -Price T Rowe Group (TROW) | A | Int./Div. | K | T | | | | | |
| 166. -Schlumberger Ltd (SLB) | A | Int./Div. | K | T | | | | | |
| 167. -St Jude Medical Inc (STJ) | B | Int./Div. | L | T | Buy | 09/30/14 | L | | |
| 168. -Thermo Fisher Scientific (TMO) | A | Int./Div. | K | T | | | | | |
| 169. -Tiffany & Co (TIF) | A | Int./Div. | K | T | | | | | |
| 170. -United Techs Corp (UTX) | B | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Valero Energy Corp (VLO) | B | Int./Div. | L | T | | | | | |
| 172. -Verizon (VZ) | C | Int./Div. | L | T | Buy | 09/30/14 | L | | |
| 173. -VISA (V) | A | Int./Div. | K | T | | | | | |
| 174. Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | A | Int./Div. | J | W | | | | | |
| 175. Real Estate: Ltd Partner, ▨ Whitehall, Atlanta, GA | B | Int./Div. | J | W | | | | | |
| 176. Undev. Real Estate: NC (#1 & #2) | | None | P1 | W | | | | | |
| 177. Real Estate: Atlanta, GA (KP) | | None | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK M. HULL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544